**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

Thursday, September 03, 2015

Hon. Travis W. Berry
Attorney at Law
P.O. Box 6333
Corpus Christi, TX 78466-6333
* DELIVERED VIA E-MAIL *

Ms. Carmina Padroz
#01994822
Plane State Jail
904 F. M. 686
Dayton, TX 77535

Hon. Jose L. Aliseda
Bee County District Attorney
111 S. St. Mary's St., Ste. 203
Beeville, TX 78102
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00195-CR
Tr.Ct.No. L-00-0078-2-CR-B
Style:   Carmina Padroz v. The State of Texas

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:    156th District Court (DELIVERED VIA E-MAIL)
       Hon. Melanie Matkin, Live Oak County District Clerk (DELIVERED VIA E-MAIL)